IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MICHAEL P. WILLS,<br>Petitioner, | )<br>) Civil Action No. 7:05CV00679<br>) |
| v. | ) **FINAL ORDER**<br>) |
| DANIEL A. BRAXTON, <u>et al.</u>,<br>Respondent. | ) By: Hon. Glen E. Conrad<br>) United States District Judge |

For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED**

that the petition for writ of habeas corpus filed by the petitioner shall be **DISMISSED** and **STRICKEN** from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the petitioner and counsel of record for the respondents.

ENTER: This 13th day of January, 2006.

_____
United States District Judge