CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 13 2006

JOHN F. CORCORAN, CLERK
BY: /s/
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| MICHAEL P. WILLS,<br>    Petitioner, | ) ) ) | Civil Action No. 7:05CV00679 |
| v. | ) ) ) | **ORDER** |
| DANIEL A. BRAXTON, <u>et al.</u>,<br>    Respondent. | ) ) ) | By: Hon. Glen E. Conrad<br>United States District Judge |

For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED**

that the petitioner's motion to alter or amend judgment, pursuant to Rule 59(e) of the Federal Rules of Civil Procedure, shall be and hereby is **DENIED**.

The Clerk is directed to send a certified copies of this memorandum opinion and accompanying order to the petitioner and counsel of record for the respondent.

ENTER: This 13th day of February, 2006.

                                               /s/ Glen E. Conrad
                                              United States District Judge